UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Defendant No. 1: )<br>$5,301.00 IN UNITED STATES )<br>CURRENCY, More or less, )<br>)<br>Defendant No. 2: )<br>2003 CADILLAC ESCALADE, VIN: )<br>1GYEK63N83R133593 WITH ALL )<br>ATTACHMENTS THEREON. )<br>)<br>Defendant. )<br>_____) | Civil Case No. 04-1146-MLB |

## AMENDED FINAL ORDER OF FORFEITURE

The parties have moved the Court to enter an agreed amended final order in this matter. The United States has stipulated to the lien interest of the only claimant, GMAC, and this matter continues ripe for final judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that defendant properties are hereby forfeited to the United States pursuant to 21 U.S.C. § 881 et seq. No other parties or persons shall have any interest in said defendants, and the United States shall dispose of the defendants according to law.

IT IS FURTHER ORDERED that the United States shall by November 14, 2005 satisfy the outstanding GMAC lien by the United States' Marshal remitting to GMAC $20,128.88, plus accrued interest since March, 2005 of $584.79, plus accruing interest of $3.03 per day from and after October 25, 2005 until paid, plus $900.00 in attorney fees.

SO ORDERED this 4th day of November, 2005.

                                        s/Monti Belot
                                        MONTI L. BELOT
                                        UNITED STATES DISTRICT JUDGE